OPAL MEARNS, Respondent, v. WILLIAM R. MEARNS, Appellant.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and report on the financial status of defendant at the time of the application for reduction of alimony; appeal to be disposed of on coming in of official referee's report. Reference to proceed on two days' notice. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur. Settle order on notice.

LEITO KILDARE ADAMS, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of FRANCIS WRIGHT CLINTON, Deceased, Respondent. (Appeal No. 2.) — Order as resettled unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MODESTO BERARDINI, as One of the Executors and Trustees, etc., of MICHAEL BERARDINI, Deceased, Respondent, v. ADELE E. BERARDINI and PHILIP BERARDINI, Appellants.— Order denying motion to dismiss the complaint for insufficiency and for a defect of parties plaintiff modified by providing that the plaintiff join his coexecutors as parties defendant and serve upon them a supplemental summons and complaint, the latter to contain an appropriate allegation respecting their joinder. (Civ. Prac. Act, § 192.) If plaintiff is unable to effect service upon his coexecutors within twenty days, he may apply to the Special Term for an extension of time within which to do so. As so modified the order is affirmed, without costs. We are of opinion that the complaint states a cause of action under the Debtor and Creditor Law,* but that the coexecutors, in the circumstances shown, should be made codefendants. The appellants may answer within ten days from the entry of the order herein. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

RUDOLF BEYER, on Behalf of Himself and All Other Members of CRAGSTON YACHT AND COUNTRY CLUB, a Membership Corporation, Similarly Situated, and on Behalf of All Creditors of Said Corporation Who Shall Come in and Contribute to the Expense of This Action, Appellant, v. EVAN SHELBY and CRAGSTON DEVELOPMENT CORPORATION, Respondents, Impleaded with CRAGSTON YACHT AND COUNTRY CLUB and CRAGSTON HOLDING Co., INC., Defendants.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

* See art. 10, as added by Laws of 1925, chap. 254.— [REP.